IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

DONNA L. AWTREY                                                                                          PLAINTIFF

V.                                                                                              NO. 1:18-CV-26-DMB-DAS

XCALIBER INTERNATIONAL,
LTD, LLC                                                                                                  DEFENDANT

## ORDER CLOSING CASE

On June 20, 2018, the parties advised this Court that a settlement has been reached in this action. Accordingly, the Clerk of the Court is **DIRECTED** to close this case on this Court's docket.

**SO ORDERED**, this 9th day of July, 2018.

/s/Debra M. Brown
**UNITED STATES DISTRICT JUDGE**